

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00322-CV

**AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.** d/b/a American Medical Response a/k/a AMR; Noah Wood Lora, Jose Carlos Gamez; and Donna Hay n/k/a Donna Gilbert,
Appellants

v.

John **SEXTON**, Individually and as Independent Administrator of the Estate of Jackson Sexton, Deceased; and Tracy Sexton,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-05743
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

This appeal was set for oral argument submission on April 17, 2014. On April 16, 2014, appellants notified the court that the parties had reached a settlement. It is therefore ORDERED that no later than thirty days from the date of this order the appellants file either: (1) a letter updating the court on the status of parties' settlement; or (2) a motion requesting an appropriate disposition of this appeal. *See Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

It is so **ORDERED** on April 24, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court